

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00039-CR

FERNANDO CALDERON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 34711CR

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Fernando Calderon has filed an untimely notice of appeal from the trial court's judgment in this matter. We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that the trial court imposed Calderon's sentence on April 11, 2024, and Calderon did not file a motion for new trial, making his notice of appeal due on or before May 13, 2024. *See* TEX. R. APP. P. 26.2. Calderon did not file his notice of appeal until February 24, 2025, well beyond the May 13, 2024, deadline. Consequently, Calderon's attempt to appeal his conviction in this matter was untimely.

The Texas Court of Criminal Appeals has expressly held that, without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998) (per curiam).

We notified Calderon by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. We gave Calderon ten days to respond to our letter and to demonstrate how we had jurisdiction over the appeal notwithstanding the noted defect. While Calderon responded, through counsel, he did not provide a sufficient basis for retaining this matter on our docket.

Because Calderon has not timely perfected his appeal, we dismiss the appeal for want of jurisdiction.


Jeff Rambin
Justice

Date Submitted:     March 18, 2025
Date Decided:       March 19, 2025

Do Not Publish

3